IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDY THOMAS                                                    PLAINTIFF

v.                          No. 3:25-cv-99-DPM

NASH THOMAS, Police Officer, City of
Jonesboro, Arkansas, in his individual
and official capacity;  CITY OF
JONESBORO, ARKANSAS;  JOHN DOES
1–10                                                          DEFENDANTS

ORDER

The motion to amend, *Doc. 8*, is noted.  Please file an addendum indicating whether the motion is agreed or opposed.  *Doc. 6 at 2.* Addendum is due by 6 July 2026.  The motion to withdraw, *Doc. 9*, is granted.  Harper Lee Kiefer is relieved as counsel for defendants.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 July 2026