**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ANDY THOMAS** **PLAINTIFF**

**v.** **No. 3:25-cv-99-DPM**

**NASH THOMAS, Police Officer,**
**City of Jonesboro, Arkansas, in his**
**individual and official capacity; and**
**JOHN DOES 1–10** **DEFENDANTS**

**ORDER**

Motion to amend, *Doc. 8*, denied. The proposed amendment would be futile. *Zutz v. Nelson*, 601 F.3d 842, 852 (8th Cir. 2010). Under ARK. CODE ANN. § 21-9-301, Officer Thomas and Jonesboro are immune from tort liability in their official capacities absent liability insurance. There is none. *Doc. 13-1 & 13-2*. Plaintiff Thomas's argument that this statute is unconstitutional under the Due Process Clause lacks merit. *Thompson v. Sanford*, 281 Ark. 365, 367–68, 663 S.W.2d 932, 934 (1984). Also, the statute isn't preempted by federal law because it applies only to the proposed state law negligence claims. Last, adding negligence claims against Officer Thomas in his individual capacity would be futile, too. *Davis v. Fulton County, Arkansas*, 90 F.3d 1346, 1353 (8th Cir. 1996). The proposed amended complaint doesn't allege any negligent act outside of Officer Thomas's official duties as a city police officer. *Cousins v. Dennis*, 298 Ark. 310, 312, 767 S.W.2d 296,

297 (1989); *Matthews v. Martin*, 280 Ark. 345, 345 – 46, 658 S.W.2d 374, 375 (1983).

So Ordered.

D.P. Marshall Jr.
United States District Judge

13 October 2026