IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDY THOMAS PLAINTIFF

v. Case No. 3:25CV00099 DPM

NASH THOMAS, in his Individual Capacity
and in his Official Capacity as a Police Officer for
the CITY OF JONESBORO, ARKANSAS; the
CITY OF JONESBORO, ARKANSAS; and
JOHN DOES 1-10 DEFENDANTS

# JOINT STATUS REPORT

The parties, by and through undersigned counsel, submit the following as their Joint Status Report:

1. **SETTLEMENT CONFERENCE:** No settlement conference has been scheduled or requested.

2. **SETTLEMENT PROSPECTS:** At this time, settlement is not likely.

3. **DISCOVERY:** The parties have exchanged written discovery and anticipate scheduling depositions soon.

4. **ESTIMATED LENGTH OF TRIAL:** The parties estimate approximately three days.

5. **MOTIONS PENDING BEFORE THE COURT:** None at this time.

Respectfully submitted,

Annie Depper
Ark. Bar No. 2009267
Email: adepper@fc-lawyers.com

Sean M. Rowland
Ark. Bar No. 2024192
Email: srowland@fc-lawyers.com

FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone
(501) 975-7153 – Facsimile

*Attorneys for Defendants*

And

Luther Sutter
Lucien Gillham
Caleb Baumgardner
SUTTER & GILLHAM, P.L.L.C.
310 Natural Resources Dr. Ste. 2
Little Rock, Arkansas 72205
Telephone: (501) 315-1910
Facsimile: (501) 315-1916
luther.sutterlaw@gmail.com
lucien.gillham@gmail.com
caleb.sglaw@gmail.com

*Attorneys for Plaintiff*